# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** 3:12-cv-00262-HU

**Date of Proceeding:** October 17, 2012

**Case Title:** Beaumont et al v. Cal-Am Properties, Inc. et al

**Presiding Judge:** Hon. Dennis J. Hubel       **Courtroom Deputy:** Kathleen Bartholomew (326-8060)

**Reporter:** KB/FTR

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Peter Willcox-Jones | Shelly Damore |

**DOCKET ENTRY:**

Record of Telephone Status Conference and ORDER:

Plaintiffs having filed a Notice of Dismissal of Party Sergeants Towing, Inc. on October 1, 2012, [#49], the Motion to Dismiss for Lack of Jurisdiction [27] filed by defendant Sergeants Towing, Inc. is deemed MOOT.

Counsel for defendant Cal-Am Properties, Inc. (Cal-Am) advises that the defendant will not pursue its previously filed motion to dismiss, [#26], and will file a Notice of Withdrawal of the motion forthwith. Defendant Cal-Am's Motion for Relief from Stay Regarding Motion to Dismiss [47] is deemed MOOT.

Defendant Cal-Am having confirmed it does not have any opposition to it, Plaintiffs' Motion for Leave to File First Amended Complaint [50] is GRANTED. The amended complaint shall be filed no later than **October 24, 2012**. Defendant's response to the amended complaint shall be filed by **November 7, 2012**.

A Telephone Status Conference is set for **November 1, 2012 at 10:00 a.m.**, by telephone, at which the court will address the case schedule.

cc: ( ) All counsel                                             DOCUMENT NO: _____
**Civil Minutes**                                               **Honorable Dennis J. Hubel**
**Revised 4/22/98**