## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

## CIVIL MINUTES

**Case No.:** 3:12-cv-00262-HU  **Date of Proceeding:** November 1, 2012

**Case Title:** Beaumont et al v. Cal-Am Properties, Inc. et al

**Presiding Judge:** Hon. Dennis J. Hubel  **Courtroom Deputy:** Kathleen Bartholomew (326-8060)

**Reporter:** KB/FTR

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Peter Willcox-Jones | Shelley Damore |

**DOCKET ENTRY:**

Record of Status Conference. ORDER - setting the following new case schedule:

Defendant Cal-Am Property, Inc. WITHDRAWS its Motion to Dismiss for Lack of Jurisdiction Under FRCP 12(b)(1) [26] on the record.
Defendant The deadline for completion of fact discovery is February 1, 2013.
The deadline for the filing of dispositive motions is February 15, 2013. Parties agree to use separate concise statements of material facts with summary judgment, and response.
The deadline for completion of expert discovery is April 5, 2013. (Parties to set their own expert disclosure deadlines.)

The deadline for the lodging of a Pretrial Order is June 14, 2013.

The Pretrial Conference is RESET to **July 16, 2013 at 9:30 a.m., in Courtroom #9B**.
The 3-day Jury Trial is RESET to **July 23, 2013 at 9:00 a.m., in Courtroom #9B**.
A separate jury trial management order will be entered.

At the joint request of the parties, the court will order this case designated for mediation before the staff mediator. Counsel to advise the court of the date set for mediation. The requirement for a Joint ADR Report is deemed satisfied.

cc: ( ) All counsel  DOCUMENT NO: _____
**Civil Minutes**  **Honorable Dennis J. Hubel**
**Revised 4/22/98**